**NOT FOR PUBLICATION**

MAR 01 2016

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ANGEL JUAN ARAGON-GOMEZ, | No. 14-70708 |
| Petitioner, | Agency No. A200-978-591 |
| v. |  |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. |  |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 24, 2016[**]

Before:     LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

Angel Juan Aragon-Gomez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. *Fernandez v. Gonzales*, 439 F.3d 592, 596-603 (9th Cir. 2006). We review for abuse of discretion the denial of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying the motion to reopen where the evidence was insufficient to demonstrate any likely impact on the hardship determination in Aragon-Gomez's case. *See Fernandez*, 439 F.3d at 600 n.6 (prima facie eligibility for relief is demonstrated where "the evidence reveals a reasonable likelihood that the statutory requirements for relief have been satisfied" (internal quotations omitted)).

Aragon-Gomez's contentions that the BIA disregarded, improperly evaluated, and failed to consider the new evidence in the context of the evidence previously presented, are not supported by the record.

**PETITION FOR REVIEW DENIED.**